# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DAMIEN M. AINSWORTH,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

Case No. 16-cv-03933-BLF

**JUDGMENT**

This case having come before the Court on the parties' cross-motions for summary judgment, and the Court having granted in part and denied in part Plaintiff's motion and denied Defendant's cross-motion,

IT IS ORDERED AND ADJUDGED that pursuant to sentence four of 42 U.S.C. § 405(g), the denial of benefits is REVERSED and the matter is REMANDED to the Commissioner of Social Security for further administrative proceedings consistent with the Court's order.

**IT IS SO ORDERED.**

Dated: March 6, 2018

_____
BETH LABSON FREEMAN
United States District Judge